UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CAROL VERES REED, ET AL.**,

    Plaintiff,

v.

**US BANCORP, ET AL.**,

    Defendants.

Case No. 14-cv-04715-YGR

**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**

Re: Dkt. No. 21

The Court understands, based upon the representations of the parties (Dkt. No. 21), that they have reached conditional settlement in the above-captioned case and expect to file a stipulation of dismissal by June 15, 2015. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, June 19, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

By **June 15, 2015**, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page Joint Statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**