James E. Reed (SBN 072345)
Richard K. Veres (SBN 154367)
NICHOLS, CATTERTON, DOWNING & REED
3433 Golden Gate Way
Lafayette, CA 94549
Telephone: + 1 925 299 7893
Facsimile: + 1 925 299 4545
Attorneys for Plaintiffs
Carol Veres Reed and James E. Reed

Donald P. Rubenstein (SBN 121034)
Email: drubenstein@reedsmith.com
Andrew Amoroso (SBN 274673)
Email: damoroso@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
U.S. Bancorp and U.S. Bank National Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL VERES REED, Individually and as representative of all other similarly situated, and JAMES E. REED, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANCORP, US BANK NATIONAL ASSOCIATION, and Does 1 through 20 inclusive,<br><br>Defendants. | Case No. 14-cv-4715-YGR<br>ORDER RE:<br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41** |

Case No. 14-cv-4715

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

## STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Carol Veres Reed and James E. Reed ("Plaintiffs") and Defendants U.S. Bancorp and U.S. Bank N.A. ("Defendants") (collectively, the "Parties") hereby submit this joint stipulation to dismiss all of Plaintiffs' individual claims against Defendants in the above-captioned action with prejudice.

Accordingly, the Parties STIPULATE and AGREE that this action should be dismissed in its entirety with prejudice, each party to bear its or their own costs and fees.

DATED: April 16, 2015.         NICHOLS, CATTERTON, DOWNING & REED

By   /s/ James E. Reed
James E. Reed
Attorneys for Plaintiffs

DATED: April 16, 2015.         REED SMITH LLP

By:   /s/ Donald P. Rubenstein
Donald P. Rubenstein
Andrew Amoroso
Attorneys for Defendants

**IT IS SO ORDERED:**

This Order terminates Docket Numbers 23 and 24.

DATED: April 17, 2015

Judge Yvonne Gonzalez Rogers
United States District Court Judge

Case No. 14-v-4715                  – 1 –

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION